```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CIVIL DOCKET ENTRIES FOR CASE A04-0176--CV (JWS)
                 "PHUKAN INC V LEE COMPOSITES INC ET AL"

       Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 08/17/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (4) Incorporated or Principal Place of Business in This State

    Nature of Suit: (195) Contract product liability

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 08/17/04 receipt # 00123797
          Trial by: Jury


Parties of Record:                         Counsel of Record:

PLF 1.1           PHUKAN INC                  Nelson G. Page
                                              Burr Pease & Kurtz
                                              810 N Street
                                              Anchorage, AK 99501
                                              907-276-6100
                                              FAX 907-258-2530

DEF 1.1           LEE COMPOSITES INC          Erin B. Marston
                                              Marston & Cole PC
                                              745 W. 4th Avenue, Suite 502
                                              Anchorage, AK 99501
                                              907-277-8001
                                              FAX 907-277-8002

DEF 2.1           CREATIVE PULTRUSIONS INC    Paul D. Stockler
                                              Law Offices of Paul D. Stockler
                                              1309 W. 16th Avenue
                                              Anchorage, AK 99501
                                              907-277-8564
                                              FAX 907-272-4877
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0176--CV (JWS)
                           "PHUKAN INC V LEE COMPOSITES INC ET AL"

                                      For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 08/17/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (4) Incorporated or Principal Place of Business in This State

    Nature of Suit: (195) Contract product liability

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 08/17/04 receipt # 00123797
          Trial by: Jury


 Document #   Filed      Docket text

      1 -  1  08/17/04   DEF 2 Notice of Removal from Superior Court for State of AK 3HO-04-147CI
                         w/att exhs.

      2 -  1  08/19/04   JWS Minute Order to petitioner subsequent to removal.  Petitioner to
                         file w/i 10 days copies of state court doc & svc list. cc: cnsl, D.
                         McQueen

      3 -  1  08/27/04   DEF 1 Attorney Appearance of Erin B. Marston.

      4 -  1  08/27/04   DEF 1 Jury Demand.

      5 -  1  08/30/04   DEF 2 Service List.

      6 -  1  08/30/04   DEF 2 Notice to court.

      7 -  1  10/15/04   DEF 2 Answer to Complaint,

      8 -  1  10/29/04   JWS Minute Order that plf file proof of svc on defs served & proceed to
                         serve any other defs in compliance w/FRCvP 4(m). cc: cnsl

      9 -  1  11/02/04   PLF 1 Return of Service Executed re: DEF 1 on 7/24/04 and DEF 2 on
                         7/29/04.

     10 -  1  11/04/04   JWS Minute Order that plf require ans or apply for dft re: DEF 1 w/i 20
                         days. cc: cnsl

     11 -  1  11/04/04   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

     12 -  1  11/05/04   DEF 1 Answer to Complaint.

     13 -  1  11/23/04   PLF 1; DEF 1-2 Scheduling and Planning Conference Report.

     14 -  1  12/13/04   JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                         09/30/05; Dispositive mots ddln 10/31/05; 7 day TBJ estimate. cc: cnsl

     15 -  1  01/10/05   DEF 1 Preliminary Witness List.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A04-0176--CV (JWS)
                               "PHUKAN INC V LEE COMPOSITES INC ET AL"

                                         For all filing dates


Document #    Filed      Docket text

  16 -   1   01/10/05   DEF 2 Preliminary Witness List.

  17 -   1   03/30/05   PLF 1; DEF 1-2 Joint Statement of issues.

  18 -   1   06/29/05   Stipulation for ext of time of 90 days for all pre-trial deadlines.

  19 -   1   06/30/05   JWS Order approving stip for ext of time of 90 days for all pre-trial
                        ddlns (18-1); disc to close 12/30/05; Dispositive mots ddln 01/31/06.
                        cc: cnsl

  20 -   1   09/26/05   DEF 2 motion for partial summary judgment on counts I, IV, V and VI of
                        complaint w/att exhs.

  21 -   1   09/27/05   Stipulation for ext of time of all pretrial ddlns; parties to meet w/i
                        30 days following 10/27/05 mediation if new pretrial ddlns need to be
                        established.

  22 -   1   09/28/05   RRB Order approving stip for ext of time of all pretrial ddlns; parties
                        to submit stipulated pre-trial ddlns w/i 30 days of mediation if not
                        successful (21-1). cc: cnsl

  23 -   1   10/03/05   DEF 1 joinder to DEF 2 motion for partial summary judgment on counts I,
                        IV, V and VI of complaint (20-1).

  24 -   1   10/11/05   Stipulation that plf has until 11/7/05 to file a response to mot for
                        part sj.

  24 -   2   10/12/05   Order approving stip that plf has until 11/7/05 to file a response to
                        mot for part sj (24-1). cc: cnsl

  25 -   1   11/02/05   PLF 1 Report re: status.

  25 -   2   11/02/05   PLF 1 Unopposed motion (request) for extension of deadlines.

  26 -   1   11/04/05   JWS Order granting unoppo mot (req) for ext of ddlns (25-2); plf
                        response to part sj due 12/12/05. cc: cnsl
```