FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -9 PM 4:19

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PHUKAN, INC.

          Plaintiff,

v.

LEE COMPOSITES, INC. and CREATIVE
PULTRUSIONS, INC.

          Defendants.

Case No. A04-0176 CV (JWS)

### STIPULATION FOR EXTENSION

COMES NOW THE PARTIES, by and between counsel of record, and stipulate as follows:

1. The parties understand that negotiations are continuing and that progress has been made toward reaching a global settlement of the issues in the litigation;

2. The parties agree to leave their settlement positions open while they attempt to finalize the terms of a global settlement;

3. Should no settlement be reached, Phukan, Inc. will file its response to the pending motion for summary judgment by December 27, 2005, and the parties will reevaluate the appropriateness of the court's deadlines to determine whether they need to be revised.

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Stipulation for Extension
Phukan v. Lee Composites, et al., Case No. A-04-0176 CI (JWS)
3358-16/80975

Page 1

27

|  |  |  |
|---|---|---|
|  |  | BURR, PEASE & KURTZ<br>Attorneys for Plaintiff, Phukan, Inc. |
| Dated: December 6, 2005 | By: | _____<br>Nelson Page<br>Alaska Bar No. 7911121 |
|  |  | LAW OFFICES OF PAUL D. STOCKLER<br>Attorneys for Defendant, Creative Pultrusions, Inc. |
| Dated: December 7th, 2005 | By: | _____<br>Paul D. Stockler<br>Alaska Bar No. 8606032 |
|  |  | MARSTON & COLE, PC<br>Attorneys for Defendant, Lee Composites, Inc. |
| Dated: December 7th, 2005 | By: | _____<br>Erin B. Marston<br>Alaska Bar No. 8511177 |

CERTIFICATE OF SERVICE

I certify that on the 9th day of December 2005, a copy of the foregoing pleading was served via U.S. Mail upon the following:

Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska 99501

Erin B. Marston
Marston & Cole, PC
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501

_____
Teresa A. Wilson

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100