LODGED

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DEC 0 9 2005

**FILED**

DEC 1 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

| | |
|---|---|
| PHUKAN, INC.<br><br>Plaintiff,<br><br>v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>Defendants. | Case No. A04-0176 CV (JWS) |

### ORDER GRANTING
### STIPULATION FOR EXTENSION OF TIME

The Court, having received the parties' Stipulation for Extension filed herein, and being aware of the parties attempts to finalize the terms of a global settlement,

HEREBY ORDERS that should a settlement not be reached by December 27, 2005, the parties will reevaluate the court's deadlines to determine whether they need to be revised and plaintiff Phukan, Inc. will file its response to the partial summary judgment motion filed by defendant Creative Pultrusions, Inc. and defendant Lee Composites, Inc.'s joinder thereto.

DATED: __12-12__, 2005

_____
The Honorable John W. Sedwick
United States District Court Judge

A04-0176--CV (JWS)   12-13-05
-----------------------------------
N. PAGE (BURR)
E. MARSTON (MARSTON)
P. STOCKLER

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

ORDER
Phukan v. Lee Composites, et al., Case No. A-04-0176 CI (JWS)
3358-16/80976

Page 1

28

CERTIFICATE OF SERVICE

I certify that on the 9th day of December, 2005, a copy of the above and foregoing pleading was served by mail upon the following:

Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska 99501

Erin B. Marston
Marston & Cole, PC
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501

*Teresa Wilson* (signature)
Teresa A. Wilson

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

ORDER
Phukan v. Lee Composites, et al., Case No. A-04-0176 CI (JWS)
3358-16/80976

Page 2