FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 23 PM 3: 32

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHUKAN, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>　　　　Defendants. | Case No. A04-0176 CV (JWS) |

## STATUS REPORT AND (UNOPPOSED) REQUEST FOR EXTENSION OF DEADLINE

On September 25, 2005 defendant CPI filed a motion for summary judgment seeking dismissal of certain claims in Phukan's complaint. A response to the motion was postponed pending a mediation of the case. The mediation took place on October 27, 2005. Justice Daniel J. Moore acted as mediator.

The mediation resulted in substantial progress toward settlement, but left several unresolved issues between the City of Homer and affected homeowners. The City and the homeowners are not parties to this lawsuit, but are essential to a global settlement of issues relating to the seawall that is the subject of the lawsuit.

Over the next six weeks, the City and the homeowners pursued their own negotiations and reached a tentative agreement on the issues between them. Phukan recently received a communication outlining proposed terms for settlement of the claim.

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Phukan is in the process of preparing settlement documents and negotiating resolution of outstanding terms of a settlement.

The above is a long way of saying that considerable progress has been made toward settlement while the summary judgment motion has been pending. Both CPI and Phukan agree that the motion should remain on hold until the settlement terms can be worked out. Should the final discussions fail, Phukan will be prepared to file a response. However, additional time is necessary at this point to work out what it is hoped will be final details of a global settlement.

Undersigned counsel has spoken with Mr. Stockler, counsel for CPI and received his agreement to additional time, until January 16, 2006, to respond to the summary judgment motion. Undersigned counsel has left a message for Mr. Marston who is unavailable over the holiday, but who has been amenable to previous requested extensions.

Dated at Anchorage, Alaska, this 23rd day of December, 2005.

BURR, PEASE & KURTZ
Attorneys for Plaintiff, Phukan, Inc.

By: _____
Nelson Page
Alaska Bar No. 7911121

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STATUS REPORT AND REQUEST FOR EXTENSION OF DEADLINES   Page 2 of 3
Phukan v. Lee Composites, et al.; Case No. A-04-0176 CI (JWS)
3358-16/81286

CERTIFICATE OF SERVICE

I certify that on the 23rd day of December, 2005, a copy of the above and foregoing pleading was served by mail upon the following:

Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska 99501

Erin B. Marston
Marston & Cole, PC
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501

*Teresa Wilson*
Teresa A. Wilson

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STATUS REPORT AND REQUEST FOR EXTENSION OF DEADLINES    Page 3 of 3
Phukan v. Lee Composites, et al.; Case No. A-04-0176 CI (JWS)
3358-16/81286