UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LODGED
DEC 2 3 2005

FILED
DEC 2 9 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

| | |
|---|---|
| PHUKAN, INC.<br><br>           Plaintiff,<br><br>v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>           Defendants. | Case No. A04-0176 CV (JWS) |

### ORDER GRANTING
### REQUEST FOR EXTENSION OF TIME

The Court, having received plaintiff Phukan, Inc.'s Status Report and (Unopposed) Request for Extension of Deadline filed herein, and being aware of the parties attempts to finalize the terms of a global settlement,

HEREBY ORDERS that should a settlement not be reached by January 16, 2006, the parties will reevaluate the court's deadlines to determine whether they need to be revised and plaintiff Phukan, Inc. will file its response to the partial summary judgment motion filed by defendant Creative Pultrusions, Inc. and defendant Lee Composites, Inc.'s joinder thereto. *not later than January 23, 2006*

DATED: December 27, 2005

_____
The Honorable John W. Sedwick
United States District Court Judge

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

A04-0176--CV (JWS)   12-29-05
---------------------------------------- 76 CI (JWS)

Page 1

✓ N. PAGE (BURR)
✓ E. MARSTON (MARSTON)
✓ P. STOCKLER

30

CERTIFICATE OF SERVICE

I certify that on the 23rd day of December, 2005, a copy of the above and foregoing pleading was served by mail upon the following:

Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska 99501

Erin B. Marston
Marston & Cole, PC
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501

_____
Teresa A. Wilson

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

ORDER
Phukan v. Lee Composites, et al., Case No. A-04-0176 CI (JWS)
3358-16/81288

Page 2