UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
JAN 2 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

PHUKAN, INC.

    Plaintiff,

v.

LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.

    Defendants.

Case No. A04-0176 CV (JWS)

**STATUS REPORT AND
(UNOPPOSED) REQUEST FOR EXTENSION OF DEADLINES**

The parties have prepared and agreed to settlement language that would resolve this case in its entirety. The language has been forwarded to the affected homeowners who have property along the bluff where the seawall is located. There are a number of such homeowners and it is assumed that their counsel must discuss the proposal with each of them. No response has been received from the homeowners at this time.

At the risk of trying the court's patience, although the case has now been in suspension for some time, the parties have reason to hope that a final resolution is near. However, the settlement involves payment to the homeowners of virtually all funds available from Phukan. Should the parties be required to litigate this case (including filing a response to the pending motion for summary judgment) the fees for such will

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STATUS REPORT AND REQUEST FOR EXTENSION OF DEADLINES    Page 1 of 3
Phukan v. Lee Composites, et al.; Case No. A-04-0176 CI (JWS)
3358-16/81650

necessarily come out of the offer that is pending, and will dilute that offer, making settlement much less likely.

Undersigned counsel has discussed the matter with counsel for both CPI and Bob Lee Composites, and all agree that continued suspension of the pending motion for summary judgment is appropriate. The parties request yet another thirty day extension for answering the pending motion. The record of the last ninety days contains substantial forward progress toward a resolution and should give the court some comfort that the case is not being neglected.

Dated at Anchorage, Alaska, this 23rd day of January, 2006.

> BURR, PEASE & KURTZ
> Attorneys for Plaintiff, Phukan, Inc.
>
> By: _____
> Nelson Page
> Alaska Bar No. 7911121

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STATUS REPORT AND REQUEST FOR EXTENSION OF DEADLINES   Page 2 of 3
Phukan v. Lee Composites, et al.; Case No. A-04-0176 CI (JWS)
3358-16/81650

CERTIFICATE OF SERVICE

I certify that on the 23rd day of January, 2006, a copy of the above and foregoing pleading was served by mail upon the following:

Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska 99501

Erin B. Marston
Marston & Cole, PC
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501

_____
Teresa A. Wilson

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STATUS REPORT AND REQUEST FOR EXTENSION OF DEADLINES
Phukan v. Lee Composites, et al.; Case No. A-04-0176 CI (JWS)
3358-16/81650

Page 3 of 3