RECEIVED

JAN 2 3 2006

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

|  |  |
|---|---|
| PHUKAN, INC.<br><br>Plaintiff,<br><br>v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>Defendants. | Case No. A04-0176 CV (JWS) |

## ORDER GRANTING
## REQUEST FOR EXTENSION OF TIME

The Court, having received plaintiff Phukan, Inc.'s Status Report and (Unopposed) Request for Extension of Deadlines filed herein, and being aware of the parties' attempts to finalize the terms of a global settlement,

HEREBY ORDERS that should a settlement not be reached by February 22, 2006, the parties will re-evaluate the court's deadlines to determine whether they need to be revised and plaintiff Phukan, Inc. will file its response to the partial summary judgment motion filed by defendant Creative Pultrusions, Inc. and defendant Lee Composites, Inc.'s joinder thereto.

DATED: _____, 2006

_____
The Honorable John W. Sedwick
United States District Court Judge

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

ORDER
Phukan v. Lee Composites, et al., Case No. A-04-0176 CI (JWS)
3358-16/81653

Page 1

CERTIFICATE OF SERVICE

I certify that on the 23rd day of January, 2006, a copy of
the above and foregoing pleading was served by mail
upon the following:

Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska 99501

Erin B. Marston
Marston & Cole, PC
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501


_____
Teresa A. Wilson

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

ORDER                                                                      Page 2
Phukan v. Lee Composites, et al., Case No. A-04-0176 CI (JWS)
3358-16/81653