Nelson G. Page, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:        (907) 258-2530

Attorneys for Plaintiff, Phukan, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHUKAN, INC.<br><br>                        Plaintiff,<br><br>    v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>                        Defendant(s). | Case No. A04-0176 CV (JWS) |

### **REQUEST FOR EXTENSION OF DEADLINES**

Counsel for Phukan has received word that the homeowners are in agreement and have accepted Phukan's settlement proposal.  Baring any unforeseen or unexpected complications, final settlement documents should be executed shortly.  Phukan requests an additional thirty days extension of time.

Due to traveling out of town, I have not had an opportunity to confer with counsel for the defendants; however, I fully expect that they will have no objection to another

Request for Extension of Deadlines
Phukan, Inc. v. Lee Composites, Inc. et al.; Case No. A04-0176
Page 1 of 2                                                                                                         82134\3358-16

extension of time.

DATED this 22nd day of February 2006 at Anchorage, Alaska.

s/Nelson G. Page
Burr, Pease & Kurtz
810 N Street
Anchorage, Alaska 99501
Phone: (907) 276-6100
Fax: (907) 258-2530
Alaska Bar # 7911121

Certificate of Service

I hereby certify that on February 22, 2006,
a copy of the foregoing Request for
Extension was served electronically on
Paul D. Stockler and Erin B. Marston.

s/Nelson G. Page

Request for Extension of Deadlines
Phukan, Inc. v. Lee Composites, Inc. et al.; Case No. A04-0176
Page 2 of 2                                                    82134\3358-16