Nelson G. Page, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:       (907) 258-2530

Attorneys for Plaintiff, Phukan, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHUKAN, INC.<br><br>                    Plaintiff,<br><br>    v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>                    Defendant(s). | Case No. A04-0176 CV (JWS) |

### REQUEST FOR EXTENSION OF DEADLINES

Counsel for Phukan has received word that the homeowners are in agreement and have accepted Phukan's settlement proposal.  Based on conversation with counsel for the homeowners, it appears that the homeowners and the City of Homer have resolved their differences as well.  All that remains is finalization of settlement paperwork, which has been prepared, and is being vetted by the parties.  Underlying counsel has conferred with other counsel in this matter and they concur in another extension of time on the motion

Request for Extension of Deadlines
Phukan, Inc. v. Lee Composites, Inc. et al.; Case No. A04-0176
Page 1 of 2                                                                                                                       82628\3358-16

for summary judgment. Baring any unforeseen or unexpected complications, final settlement documents should be executed shortly. Phukan requests an additional thirty days extension of time.

        DATED this 20th day of March 2006 at Anchorage, Alaska.

        s/Nelson G. Page
        Burr, Pease & Kurtz
        810 N Street
        Anchorage, Alaska 99501
        Phone: (907) 276-6100
        Fax: (907) 258-2530
        Alaska Bar # 7911121

Certificate of Service

I hereby certify that on March 20, 2006, a copy of the foregoing Request for Extension was served electronically on Paul D. Stockler and Erin B. Marston.

s/Nelson G. Page

Request for Extension of Deadlines
Phukan, Inc. v. Lee Composites, Inc. et al.; Case No. A04-0176
Page 2 of 2    82628\3358-16