## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Phukan, Inc. v. Lee Composites, Inc.*
Case No. 3:04-cv-0176-TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:      ORDER FROM CHAMBERS

     On February 22, 2006, Plaintiff filed a motion for an extension of time to respond to the motion for summary judgment at docket no. 20.  Docket No. 35.  No opposition was filed, and the motion became ripe on March 21, 2006.  Also on March 21, 2006, Plaintiff filed an unopposed motion for an extension of time to respond to the summary judgment motion.  Docket No. 36.  The extension is sought because the parties are nearing settlement.

     **IT IS THEREFORE ORDERED:**
     The motion at **Docket No. 35** is **DENIED AS MOOT**.  The motion at **Docket No. 36** is **GRANTED**.  The parties shall prepare a joint status report regarding the progress of settlement negotiations, to be filed by counsel for Plaintiff **on or before April 19, 2006**.  Should negotiations break down, Plaintiff shall respond to the summary judgment motion **on or before April 26, 2006.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  <u>March 29, 2006</u>