IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHUKAN, INC.<br><br>    Plaintiff,<br><br> v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>    Defendant(s). | Case No. A04-0176 CV (JWS) |

**(PROPOSED) ORDER GRANTING
<u>REQUEST FOR EXTENSION OF DEADLINES</u>**

    The Court, having received plaintiff Phukan, Inc.'s Request for Extension of Deadlines filed herein,

    HEREBY ORDERS that the parties request for an extension of time be GRANTED.  Should a settlement not be reached by May 22, 2006, the parties will re-evaluate the court's deadlines to determine whether they need to be revised and plaintiff Phukan, Inc. will file its response to the partial summary judgment motion filed by defendant Creative Pultrusions, Inc. and defendant Lee Composites, Inc.'s joinder thereto.

    DATED: _____, 2006

                _____
                The Honorable Timothy M. Burgess
                United States District Court Judge

(Proposed) Order Granting Request for Extension of Deadlines
Phukan, Inc. v. Lee Composites, Inc., et al; Case No. A04-0176
Page 1 of 1                               82630\3358-16