UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHUKAN, INC.<br><br>                   Plaintiff,<br><br>v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>                   Defendants. | Case No. A04-0176 CV (JWS) |

## STATUS REPORT

The parties met in mediation before Judge Brian Shortell in late October of last year, and reached an agreement in principle regarding settlement. The negotiations were complicated by the fact that two other non-parties to this lawsuit needed to agree to the settlement as well. The two non-parties are the City of Homer and the Property Owners -- of which there are over a dozen -- who are affected by the issues relating to the seawall. The property owners and the City of Homer are involved in their own lawsuit about ownership of the seawall and responsibility for maintenance and repair.

The property owners asked for several weeks to finish their negotiations with the City. In late 2005 these two non-parties informed us that they had reached a tentative agreement and undersigned counsel undertook to draft a settlement agreement that would resolve this lawsuit and encapsulate the understandings of the City and the property

owners. Since that time the process has been laborious and progress painstaking. Drafts have been exchanged which then have to be reviewed and approved not just by the attorneys but also by property owners who, although represented by competent counsel, each have their own questions and concerns. Any changes in the language of the draft then has to be vetted around the entire circle of interested parties once again.

As of last Friday, the parties appeared to be closing in on final language. The language had been approved by all counsel and most of the clients, with the exception of the property owners. As of the date of this report, the parties are confident that only minor wordsmithing remains before a settlement can be signed and finalized. The settlement includes, of course, a settlement of the present lawsuit.

One of the driving factors to settlement is the limited availability of insurance proceeds under a "declining balance" policy. The parties have been faced with the prospect that, should funds be used to advance the lawsuit, they will be unavailable to fund any reasonable settlement. All parties have been agreeable to suspending the litigation while the settlement negotiations wended their way to a conclusion.

A settlement at this time seems highly likely and is by far the preferable outcome for all of the players. Although progress has been slow, it has been steady. We expect to be able to file a dismissal of the suit shortly.

   Dated at Anchorage, Alaska, this 25th day of April 2006.

                 s/Nelson G. Page
                  Burr, Pease & Kurtz
                  810 N Street
                  Anchorage, Alaska 99501
                  Phone: (907) 276-6100
                  Fax: (907) 258-2530
                  Alaska Bar # 7911121

**Certificate of Service**

I hereby certify that on April 25, 2006, a copy of the foregoing Status Report was served electronically on Paul D. Stockler and Erin B. Marston.

s/Nelson G. Page

STATUS REPORT                                 Page 3 of 3
Phukan v. Lee Composites, et al.; Case No. A-04-0176 CI (JWS)
3358-16/83251