UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHUKAN, INC.<br><br>    Plaintiff,<br><br>v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>    Defendants. | Case No. A04-0176 CV (JWS) |

## STATUS REPORT

The parties have reached settlement and the settlement agreement is being circulated for signature by the clients. A stipulation for dismissal will be filed with the court shortly.

Dated at Anchorage, Alaska, this 22nd day of May 2006.

                                           s/Nelson G. Page
                                           Burr, Pease & Kurtz
                                             810 N Street
                                             Anchorage, Alaska 99501
                                             Phone: (907) 276-6100
                                             Fax: (907) 258-2530
                                             Alaska Bar # 7911121

**Certificate of Service**

I hereby certify that on May 22, 2006, a copy of the foregoing Status Report was served electronically on Paul D. Stockler and Erin B. Marston.
s/Nelson G. Page

STATUS REPORT                                                                     Page 1 of 1
Phukan v. Lee Composites, et al.; Case No. A-04-0176 CI (JWS)
3358-16/83757