# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHUKAN, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>　　　　　Defendants. | Case No. A04-0176 CV (JWS) |

## STATUS REPORT

All necessary signatures for settlement have been obtained, and are in the process of being transmitted to Phukan's counsel for collection.

Settlement funds are in transit and are being transmitted to undersigned counsel. Undersigned counsel believes that the settlement should be finally implemented in the next week and anticipates filing a stipulation for dismissal of this matter shortly thereafter.

Dated at Anchorage, Alaska, this 20th day of June 2006.

　　　　　　　　　　　　　　　　　s/Nelson G. Page
　　　　　　　　　　　　　　　　　Burr, Pease & Kurtz
　　　　　　　　　　　　　　　　　810 N Street
　　　　　　　　　　　　　　　　　Anchorage, Alaska 99501
　　　　　　　　　　　　　　　　　Phone: (907) 276-6100
　　　　　　　　　　　　　　　　　Fax: (907) 258-2530
　　　　　　　　　　　　　　　　　Alaska Bar # 7911121

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STATUS REPORT
Phukan v. Lee Composites, et al.; Case No. A-04-0176 CI (JWS)
3358-16/84291

Page 1 of 2

**Certificate of Service**

I hereby certify that on June 20, 2006, a copy of the foregoing Status Report was served electronically on Paul D. Stockler and Erin B. Marston.
s/Nelson G. Page

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STATUS REPORT
Phukan v. Lee Composites, et al.; Case No. A-04-0176 CI (JWS)
3358-16/84291

Page 2 of 2