Nelson G. Page, Esq.
BURR, PEASE & KURTZ
810 N Street, Suite 300
Anchorage, AK 99501-3293
Telephone:   (907) 276-6100
Fax No.:     (907) 258-2530

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHUKAN, INC.<br><br>                Plaintiff,<br><br>     v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>                Defendants. | Case No. A04-0176 CV (TMB) |

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action that this action may be dismissed with prejudice and each party to bear their own costs and attorney's fees.

BURR, PEASE & KURTZ
Attorneys for Plaintiff

DATED: July 24, 2006        By _____
                                Nelson G. Page
                                Alaska Bar # 7911121

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STIPULATION FOR DISMISSAL                                              Page 1 of 2
Phukan, Inc. v. Lee Composites, Inc. et al.; Case No. A04-0176 CV (TMB)
3358-16/ # 84733

|  |  |
|---|---|
| | MARSTON & COLE, PC |
| | Attorneys for Defendant Lee Composites, Inc. |
| DATED: July 25th, 2006 | By _____ |
| | Erin B. Marston |
| | Alaska Bar # 8511177 |
| | |
| | PAUL D. STOCKLER |
| | Attorneys for Defendant |
| | Creative Pultrusions, Inc. |
| DATED: July 26th, 2006 | By _____ |
| | Paul D. Stockler |
| | Alaska Bar # 8606032 |

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STIPULATION FOR DISMISSAL
Phukan, Inc. v. Lee Composites, Inc. et al.; Case No. A04-0176 CV (TMB)
3358-16/ # 84733

Page 2 of 2