Nelson G. Page, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:          (907) 258-2530

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHUKAN, INC.<br><br>                        Plaintiff,<br><br>     v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>                        Defendants. | Case No. A04-0176 CV (TMB) |

## (PROPOSED) ORDER GRANTING
## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS SO ORDERED that this matter is dismissed with prejudice pursuant to the

stipulation signed by the parties with each party to bear their own costs and attorneys fees.

DATED: _____, 2006

                                                                               _____
                                                                               TIMOTHY M. BURGESS
                                                                               United States District Court Judge

3358-16/ # 84734