UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHUKAN, INC.<br><br>      Plaintiff,<br><br>  v.<br><br>LEE COMPOSITES, INC. and CREATIVE PULTRUSIONS, INC.<br><br>      Defendants. | Case No. A04-0176 CV (TMB) |

## ORDER GRANTING
## STIPULATION FOR DISMISSAL WITH PREJUDICE

  IT IS SO ORDERED that this matter is dismissed with prejudice pursuant to the stipulation signed by the parties with each party to bear their own costs and attorneys fees.

  DATED: July 27, 2006

                /s/ Timothy M. Burgess
                _____
                TIMOTHY M. BURGESS
                United States District Court Judge